# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 923 MAL 2015
:
         Respondent : Petition for Allowance of Appeal from
: the Order of the Superior Court
:
         v. :
:
:
:
LEON CHARLES TADYCH, :
:
         Petitioner :

## **ORDER**

**PER CURIAM**

    **AND NOW**, this 24th day of March, 2016, the Petition for Allowance of Appeal is **DENIED**.